UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA, :
: 11-cr-213 (JG)
:
      -against- : ECF Case
:
: NOTICE OF ATTORNEY
: APPEARANCE AND REQUEST FOR
GENARO PINEDA-ROJAS AND : ELECTRONIC NOTIFICATION
JUAN JOSE PINEDA-VASQUEZ, :
:
              Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that the undersigned of Debevoise & Plimpton LLP, with offices at 919 Third Avenue, New York, New York 10022, appears in the case captioned above on behalf of Defendant Genaro Pineda-Rojas.  The undersigned respectfully requests that notice of electronic filing of all papers, as well as copies of all other documents that are required to be served or delivered to counsel in this action, be transmitted to her at the address given below.

Dated: New York, New York
       May 2, 2013

                              DEBEVOISE & PLIMPTON LLP

                              By:   /s/ Rebecca S. Hekman
                                    Rebecca S. Hekman
                                    rshekman@debevoise.com

                              919 Third Avenue
                              New York, New York  10022
                              (212) 909-6000

                              Attorney for Defendant Genaro Pineda-Rojas