UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -                 11-CR-213 (JG)

GENARO PINEDA-ROJAS,

              Defendant.

- - - - - - - - - - - - - - - - - -X

**NOTICE OF APPEARANCE**

       PLEASE TAKE NOTICE that Assistant United States

Attorney Gina M. Parlovecchio from this point forward will

be added as counsel in the above-captioned matter.

       All future correspondence to the United States in

the above-captioned matter should be sent to:

       Assistant U.S. Attorney Gina M. Parlovecchio
       United States Attorney's Office (Criminal Division)
       271 Cadman Plaza East, 5th Floor
       Tel: (718) 254-6228
       Fax: (718) 254-6321
       Email: gina.parlovecchio@usdoj.gov

       In addition, the Clerk of the Court is

respectfully requested to ensure that all future ECF

notifications are sent to Assistant United States Attorney

Gina M. Parlovecchio at the email address set forth above.

Dated:      Brooklyn, New York
            May 6, 2013

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney


                    By:  /s/_____
                         Gina M. Parlovecchio
                         Assistant U.S. Attorney

cc:  Clerk of the Court (JG)