

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP
F.#2010R01254

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

May 6, 2013

By ECF and E-Mail

Sean Hecker, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022

      Re:  United States  v. Genaro Pineda-Rojas
           Criminal Docket No. 11-213 (JG)

Dear Mr. Hecker:

      Per your request, below please find additional disclosure regarding the dates on which the defendant in the above-captioned case made statements, previously produced to you by letter dated April 1, 2013, as well as the law enforcement officers to whom he made them.

1. Bates number 227 to 228: The defendant made these statements on June 15, 2010 to National Civilian Police, Division of Anti-Narcotics ("PNC/DAN") Agent Mayner Samuel Garcia; and

2. Bates number 229: The defendant made these statements on June 29, 2010, to PNC/DAN Sergeant Lazaro Antonio Sosa and Drug Enforcement Administration Special Agent Carlos Olivo.

      If you have any questions or further requests, please do not hesitate to contact me.

                              Very truly yours,

                              LORETTA E. LYNCH
                              United States Attorney
                              Eastern District of New York

                    By:  /s/
                         Gina M. Parlovecchio
                         Assistant U.S. Attorney
                         (718) 254-6228

cc:  Clerk of the Court (By ECF)